# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

FRANCES SPURLOCK, et al.    )  CASE #: 3:09-0756
    )
vs.    )  DATE: January 28, 2010
    )  COURT REPORTER: Charlotte Sloan
DAVID FOX, et al.

**NATURE OF PROCEEDING:** Status Conference

**PLAINTIFF'S ATTORNEY(S):** Larry Woods

**DEFENDANT'S ATTORNEY(S):** Kevin Klein

**INSTRUCTIONS AND DECISIONS OF THE COURT:**
Parties to file Motions to Strike. File Findings of Facts and Conclusions of Law 10 days after receipt of transcript.

                        CLERK, U.S. DISTRICT COURT
                        BY: Mary Conner
                        Courtroom Deputy

**TIME UTILIZED:**
11:00-11:15