IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANCES SPURLOCK AND JEFFREY SPURLOCK *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:09-CV-00756 |
| DAVID FOX *et al.*, | ) ) | Judge Nixon |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO STRIKE EVIDENCE PRESENTED DURING THE PRELIMINARY INJUNCTION HEARING

Defendants respectfully request leave to file a reply memorandum in support of their motion to strike evidence presented during the preliminary injunction hearing. (Docket No. 128). Plaintiffs filed a 29-page response to Defendants' motion to strike, attempting to justify admission of the challenged evidence. (Docket No. 130). In their proposed reply, Defendants have examined each of Plaintiffs' arguments and explained that Plaintiffs' analysis is based upon a misreading of the record and a misapplication of the law.

Defendants submit that their proposed reply would assist the Court in ruling on Defendants' motion to strike. Accordingly, Defendants request leave to file a reply memorandum in support of their motion to strike. For the Court's convenience, Defendants' proposed reply memorandum is attached hereto as Exhibit A.

R:\L\L\L-15000+\L-15066\Pleadings\Motions & MOL\Motion to Strike Evidence Presented During Hearing - leave to file reply.docR:\L\L\L-15000+\L-15066\Pleadings\Motions & MOL\Motion to Strike Evidence Presented During Hearing - leave to file reply.doc

Case 3:09-cv-00756   Document 133   Filed 03/22/10   Page 1 of 2

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Sue B. Cain, #9380, Director of Law

s/ Kevin C. Klein
Kevin C. Klein, #22301
Keli J. Oliver, #21023
James W.J. Farrar, #22782
Allison L. Bussell, #23538
Elizabeth A. Sanders, #23873
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

**Certificate Of Service**

I hereby certify that a copy of the foregoing has been sent via the CM/ECF electronic filing system, on this 22nd day of March, 2010 to:

Larry D. Woods
Allen N. Woods II
Michael S. Lottman
707 18th Avenue South, Ste. 9
P.O. Box 128498
Nashville, TN 37212

s/ Kevin C. Klein
Kevin C. Klein

R:\L\L\L-15000+\L-15066\Pleadings\Motions & MOL\Motion to Strike Evidence Presented During Hearing - leave to file reply.doc   2

Case 3:09-cv-00756   Document 133   Filed 03/22/10   Page 2 of 2