IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANCES SPURLOCK AND JEFFREY SPURLOCK et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:09-cv-00756 |
| DAVID FOX et al., | ) ) | Judge Nixon |
| Defendants. | ) ) | |

## AGREED ORDER

This matter came before the Court on October 27, 2010 for a status conference. During the conference, the Court ordered the plaintiffs to submit a proposed alternative rezoning plan, invited defendants to respond to plaintiffs' proposal, and invited defendants to submit any revisions and proposed revisions to the current plan. The Court has since scheduled a hearing to receive expert witness testimony regarding the rezoning plans for **Thursday, January 13, 2011, at 10:00 am**.

In preparation for the January 13th hearing, the Court hereby enters the following Case Management Order:

(1) Plaintiffs and defendants disagree as to whether expert witnesses are necessary for the January 13, 2010 hearing. If plaintiffs choose to present any expert witness(es) during the hearing, plaintiffs must disclose any such expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2) on or before **Friday, December 3, 2010**;

(2) Plaintiffs must submit their proposed alternative rezoning plan to the Court and defendants on or before **Monday, December 6, 2010, at 3:00 pm**;

(3) Defendants must provide their response to plaintiffs' proposed plan and an outline of any revisions and proposed revisions to the current plan on or before **Thursday, December 23, 2010**.

(4) Defendants must disclose any expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2) on or before **Thursday, December 23, 2010**.

(5) All expert witness depositions must be completed on or before **Friday, January 7, 2011**;

(6) The parties must file final witness and exhibit lists no later than **Friday, January 7, 2011**; and

(7) In preparation for and during the hearing of this matter, the parties shall provide 24-hour notice of the witnesses they intend to call.

_____
Senior District Judge John T. Nixon

APPROVED FOR ENTRY:

s/ Kevin C. Klein
James L. Charles, #9007
Kevin C. Klein, #22301
Keli J. Oliver, #21023
James W.J. Farrar, #22782
Allison L. Bussell, #23538
Elizabeth A. Sanders, #23873
Metropolitan Nashville Department of Law
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

*Counsel for Defendants*

s/ Larry D. Woods
Larry D. Woods, #2395
Allen N. Woods II, #23103
707 18th Avenue South, Ste. 9
P.O. Box 128498
Nashville, Tennessee 37212
Michael Lottman
P.O. Box 486
Kingston Springs, Tennessee 37082

***Counsel for Plaintiffs***