IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANCES SPURLOCK AND JEFFREY SPURLOCK *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:09-cv-00756 |
| DAVID FOX *et al.*, | ) ) | Judge Nixon |
| Defendants. | ) ) | |

## DEFENDANTS' EXHIBIT LIST

Defendants submit the following list of exhibits that they may rely upon during the upcoming hearing in this matter:

1. MNPS Student Assignment Plan Summary;

2. Application for Grants Under the Magnet Schools Assistance Program, May 3, 2010;

3. District Goals to Reduce Racial Isolation in Six Magnet Schools;

4. Parents' Guide to Public Schools, 2010;

5. Finding Where You Fit: Parents' Guide to School Selection, Fall 2010;

6. District-wide Demographic Distribution 1998/99 to 2010/11 (Mueller Report, Figure 1);

7. Map of African-American Students by Population Density (Mueller Report, Figure 2);

8. Schools With No Majority Racial / Ethnic Group – 1998/99 to 2010/11 (Mueller Report, Figure 3);

9. Schools With No Majority Racial / Ethnic Group by Cluster – 2008/09 to 2010/11 (Mueller Report, Figure 4);

10. District-wide Total of Multi-Racial Schools by School Year – 1998/99 to 2010/11 (Mueller Report, Figure 5);

11. Schools With a Single Racial / Ethnic Group Comprising 90% or More Enrollment by Cluster (Mueller Report, Figure 6);

12. School Utilization Rates of 60% or Less by Cluster – 2008/09 to 2010/11 (Mueller Report, Figure 7);

13. School Utilization Rates of 70% or Less by Cluster – 2008/08 to 2010/11 (Mueller Report, Figure 8);

14. Ethnicity Distribution of Students Residing in Non-Contiguous Zones (Mueller Report, Appendix);

15. Cluster Organization 2008-09 to 2010-11 (Stevens Report, Table A);

16. District Goals to Reduce Racial Isolation in Six Magnet Schools (Stevens Report, Table B);

17. Schools in Pearl-Cohn Cluster (Stevens Report, Table C);

18. Students Residing in "Zoned Option Areas," 2010-11 (Stevens Report, Table D);

19. Schools Impacted by Conversion of Non-Contiguous / Mandatory Assignment Zones to "Zoned Option Areas" in 2009-10 (Stevens Report, Table E);

20. Map of MNPS School District Depicting Clusters and Schools, 2010-11;

21. December 2, 2010 Implementation Update on Student Assignment Plan: Demographic Changes;

22. December 2, 2010 Implementation Update on Student Assignment Plan: 2010-11 Zoned Option Enrollment;

23. June 10, 2010 Implementation Update on Student Assignment Plan: Zoned Option Data for Student Assignment Task Force;

24. Summary of Students in Zoned Option Areas, December 13, 2010;

25. School Enrollments by Cluster, by Race, and by School Level, 2008-09 to 2010-11;

26. Magnet School Continuation [pathways to magnet schools];

27. Asset: Achieving Student Success Through Effective Teaching;

28. MNPS Achieves: An Evaluation Report, December 2010, Annenberg Institute for School Reform at Brown University;

29. Teach for America, The New Teacher Project, and Urban Masters: Distribution of Teachers;

30. Notice to Class in *Kelley v. Metropolitan Board of Education*, July 21, 1998;

31. Commitment to the Future, July 23, 1996, Metropolitan Board of Public Education, Nashville-Davidson County;

32. Letter, Marian F. Harrison to June Lambert, January 9, 1998;

33. Summary of Pupil Assignment Plan, Adopted by the Metropolitan Board of Public Education of Nashville-Davidson County June 23, 1998, with December 14, 1999 revision, Marian F. Harrison, May 14, 1998, as modified June 18, 1998;

34. Resume / Curriculum Vitae / List of Publications for Milan Mueller;

35. Resume / Curriculum Vitae / List of Publications for Leonard Stevens;

36. Resume / Curriculum Vitae / List of Publications for Jesse Register;

37. Resume / Curriculum Vitae / List of Publications for Alan Coverstone;

38. Expert Report of Milan Mueller;

39. Expert Report of Leonard Stevens;

40. All documents referenced in or attached to, and all diagrams, charts, and figures contained within the Expert Disclosures of Dr. Len Stevens, Milan Mueller, Dr. Jesse Register, and Alan Coverstone;

41. Any and all exhibits introduced during the November 2009 hearing;

42. Any exhibits identified by Plaintiffs; and

43. Any documents necessary for rebuttal.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Sue B. Cain, #9380, Director of Law

/s/ Kevin C. Klein
James L. Charles, #9007
Kevin C. Klein, #22301
Allison L. Bussell, #23538
Elizabeth Sanders Burke, #23873
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

*Counsel for Defendants*

## Certificate of Service

       I hereby certify that a copy of the foregoing has been sent via the CM/ECF electronic filing system, on this 7th day of January, 2011 to:

Larry D. Woods
Allen N. Woods II
Michael S. Lottman
707 18th Avenue South, Ste. 9
P.O. Box 128498
Nashville, TN 37212

                                        /s/ Kevin C. Klein
                                        Kevin C. Klein