IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANCES SPURLOCK AND JEFFREY SPURLOCK *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:09-cv-00756 |
| DAVID FOX *et al.*, | ) ) | Judge Nixon |
| Defendants. | ) ) | |

## ORDER

On Friday, February 18, 2011, counsel for plaintiffs and defendants appeared before the Honorable Thomas A. Wiseman, Jr. for a settlement conference. At the conclusion of that conference, after consulting with the parties' attorneys, Judge Wiseman scheduled another settlement conference for Monday, March 21, 2011, at 10:00 am. Counsel for defendants has since discovered that he has a conflict with the March 21st date. Accordingly, the Court hereby continues the settlement conference one day, to Tuesday, March 22, 2011, at 10:00 am.

IT IS SO ORDERED.

_____
Senior Judge Thomas A. Wiseman, Jr.