# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE Inv #

| TRANSCRIPTS INVOICE | NUMBER   090609-INV-Spurlock-Farrar |
|---|---|

**TO:**
Mr. Jeff Farrar
Attorney at Law - Metro Legal
Nashville, TN

*9/8/09*
*ok to pg*
*Jeff farrar*

**MAKE CHECK PAYABLE TO:**

Peggy Turner
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE: (615) 726-4893

| CRIMINAL | CIVIL  X | DATE ORDERED  9/04/09   *Date* | DATE DELIVERED  9/0609 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock v. Fox   3:09-0756

9/4/09

| | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | | | | 44 | .90 | | | | | $39.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | TOTAL | $39.60 |
|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                    DATE    September 6,.2009
   s/ Peggy G. Turner

*Pay $ 39.60*

Distribution:  TO PARTY (2 copies - 1 to return with payment)   COURT REPORTER       COURT REPORTER SUPERVISOR

*L-15066*
*Farrar*

*To Caiver 9/9/09*

| VENDOR # | 216276 |
|---|---|
| ACCOUNT # | 0650600 . 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*L-15066 Spurlock*

EXHIBIT B



# Briggs & Associates

Court Reporting
1339 Sydney Terrace
Mt. Juliet, TN 37122
(615) 754-4327

*[handwritten: OK to PAY - @ L-15066  9/18/09 Mul. Wll]*

# Invoice *[handwritten: $2212 00]*

Number: **bt-672**

Date: **September 15, 2009**

**Bill To:**
Mr. Kevin Klein
Metro Legal
P.O. Box 196300
Nashville, TN 37219

**Ship To:**

| Terms |
|---|
| Tax ID 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 9-11-09 | Re: Frances Spurlock and Jeffrey Spurlock v. David Fox, et al - per diem | | 260.00 | 260.00 |
| deposition of: | Frances Spurlock | | | |
| | Original (overnight charge) | 183.00 | 8.00 | 1,464.00 |
| deposition of: | Jeffrey Spurlock | | | |
| | Original (overnight charge) | 61.00 | 8.00 | 488.00 |
| Thank You! | | | | |

*[handwritten: Pay: 2,212.00]*

| | |
|---|---|
| VENDOR # | 213383 |
| ACCOUNT # | 0105006000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

*[handwritten: L-15066  Pay $2,212.00  9-21-09]*

*[handwritten: L-15066/Spurlock]*

**Total** **$2,212.00**

EXHIBIT B



c/tdc/scanned

**Briggs & Associates**
1339 Sydney Terrace
Mt. Juliet, Tennessee 37122

# Invoice

Number: **CB 3028**
Date: **September 16, 2009**

**Bill To:**

James W.J. Farrar, Esq.
Metropolitan Department of Law
P.O. Box 196300
Nashville, TN 37219

2009 SEP 16 AM 1:48

**Ship To:**

METRO DEPT. OF LAW

| Code |
|------|
| EIN No. 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|------|-------------|----------|-------|--------|
| 9-14-09 | Re: Spurlock, et al v.Fox, et al | | | |
| deposition 9-14-09 | per diem | 85.00 | 1.00 | 85.00 |
| 9-14-09 9:00 no show | no charge | | | |
| 9-15-09 9:00 no show | no charge | | | |
| deposition 9-15-09 | per diem | 115.00 | 1.00 | 115.00 |
| Carroll Lewis depo | overnight rate | 63.00 | 8.00 | 504.00 |
| Rigena Lawson | daily copy rate | 91.00 | 8.00 | 728.00 |
| | Thank you! | | 0.00 | |
| | | | **Total** | **$1,432.00** |

ok to pay

Jeff Farrar

9/17/09

L-15066

Farrar

To Cowen 9/21/09

Pay $1,432.00

| VENDOR # | 213383 | |
|----------|--------|---|
| ACCOUNT # | 06506000. | 501212 |
| OP/OM # | | |
| BATCH # | | |
| VOUCHER # | | |

L-15066/Spurlock

**EXHIBIT B**

# Roxann Harkins

Court Reporter

212 Third Avenue North * Suite 201
Nashville, Tennessee 37201
Phone: (615) 255-6425  Fax: (615) 255-9006

*(handwritten)* cfhc/scanned  OK To PAY $144.20 10/1/09
L-15066

# Invoice

*(handwritten, stamped)* CITY OF NASHVILLE & DAVIDSON CO
2009 SEP 30  AM 10:41
METRO DEPT. OF LAW

Number: **6508RH**
Date:     **September 25, 2009**

Kevin C. Klein
Metropolitan Legal Department
PO Box 196300
Nashville, TN 37219

| Plaintiff | Defendant | Docket No. | Reporter |
|---|---|---|---|
| Spurlock, et al. | Fox et al. | 3:09-cv-00756 | Roxann Harkins |

| Description | Amount |
|---|---|
| Furnishing the original transcript of proceedings heard before Judge Nixon September 16, 2009 (28 pages x 4.25 plus ASCii via e-mail, 28 pages x .90) Thank you!  Roxann | 144.20 |

*(handwritten)*
Pay $144.20

| | |
|---|---|
| VENDOR # | 263217 |
| ACCOUNT # | 065060000 . 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*(handwritten)* L-15066  Klein

*(handwritten)* To Came 10/5/09

*(handwritten)* L-15066/Spurlock

| | Total | **$144.20** |
|---|---|---|

*(handwritten)* KCC

## Please Make Check Payable to Roxann Harkins
## Tax ID No. 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

**1.5% per month service charge if not paid in 30 days.**

EXHIBIT B

c/t/c/scanned    OK- L-15066  10/14/09
Alis Bell

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137699 | 10/2/2009 | 56111 |

| Job Date | Case No. |
|---|---|
| 9/10/2009 | 3:09-CV-00756 |

| Case Name |
|---|
| Frances Spurlock & Jeffrey Spurlock v. David Fox |

| Payment Terms |
|---|
| Due upon receipt |

# VJ VOWELL AND JENNINGS

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| David Fox | 152.00 | Pages | @ | 2.15 | 326.80 |
| FedEx Ground | | | | 10.00 | 10.00 |
| Services Package | | | | 40.00 | 40.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Jesse Register | 88.00 | Pages | @ | 2.15 | 189.20 |
| Services Package | | | | 40.00 | 40.00 |
| | | | **TOTAL DUE >>>** | | **$606.00** |

Thank you for your business! We now accept major credit cards for your convenience.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $606.00 |

Tax ID: 62-1115311

Phone: 615-862-6341   Fax:615-862-6352

*Please detach bottom portion and return with payment.*

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

Pay $606.00

| | |
|---|---|
| VENDOR # | 215196 |
| ACCOUNT # | 065066000. 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

L-15066
Bussell

To Cause : 10-16-09

L-15066/Spurlock

| | | |
|---|---|---|
| Invoice No. | : | 137699 |
| Invoice Date | : | 10/2/2009 |
| Total Due | : | $606.00 |
| Job No. | : | 56111 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-00756 |
| Case Name | : | Frances Spurlock & Jeffrey Spurlock v. David Fox |

Remit To:  **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

EXHIBIT B

*c/docs scanned ok- Allin Bell L-15066*
*10/14/09*

# INVOICE

# VJ | VOWELL
## — AND —
## JENNINGS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137657 | 10/7/2009 | 56112 |
| Job Date | Case No. | |
| 9/14/2009 | 3:09-CV-00756 | |
| Case Name | | |
| Frances Spurlock & Jeffrey Spurlock v. David Fox | | |
| Payment Terms | | |
| Due upon receipt | | |

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Mark North | 98.00 Pages | @ | 2.15 | 210.70 |
| Services Package | | | 40.00 | 40.00 |
| FedEx Ground | | | 10.00 | 10.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Steve Glover | 61.00 Pages | @ | 2.15 | 131.15 |
| Handling | | | 7.50 | 7.50 |

TOTAL DUE >>>      $399.35

Thank you for your business! We now accept major credit cards for your convenience.

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **$399.35**

Tax ID: 62-1115311        Phone: 615-862-6341   Fax:615-862-6352

*Please detach bottom portion and return with payment.*

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

*Pay $ 399.35*

Invoice No.    : 137657
Invoice Date    : 10/7/2009
Total Due    : $399.35

| | |
|---|---|
| VENDOR # | 215196 |
| ACCOUNT # | 06506000: 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*L-15066*
*Bissell*

*To Carver: 10-16-09*     *L-15066/ Spurlock*

Remit To:    **Vowell & Jennings, Inc.**
        **Court Reporting and Legal Video Services**
        **214 Second Avenue, North - Suite 207**
        **Nashville, TN 37201**

Job No.    : 56112
BU ID    : 1-VJ
Case No.    : 3:09-CV-00756
Case Name    : Frances Spurlock & Jeffrey Spurlock v. David Fox

# EXHIBIT B

*c/tbcl scanned*      OK— L-15066
Alri-Bull  10/14/09

# INVOICE



VOWELL AND JENNINGS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137769 | 10/8/2009 | 56113 |
| **Job Date** | **Case No.** | |
| 9/15/2009 | 3:09-CV-00756 | |

| **Case Name** |
|---|
| Frances Spurlock & Jeffrey Spurlock v. David Fox |

| **Payment Terms** |
|---|
| Due upon receipt |

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Kay Simmons | 92.00 | Pages | @ | 2.15 | 197.80 ✓ |
| Services Package | | | | 40.00 | 40.00 |
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Karen Johnson | 64.00 | Pages | @ | 2.15 | 137.60 |
| FedEx Ground | | | | 10.00 | 10.00 |
| Services Package | | | | 40.00 | 40.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$425.40** |

Thank you for your business!  We now accept major credit cards for your convenience.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $425.40 ✓ |

Tax ID: 62-1115311

Phone: 615-862-6341   Fax: 615-862-6352

*Please detach bottom portion and return with payment.*

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

Pay # 425.40

| | |
|---|---|
| VENDOR # | 21596 |
| ACCOUNT # | 06506000. |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15066
Bussell

To Corve: 10-16-09      L-15066/Spur/00/c

| | | |
|---|---|---|
| Invoice No. | : | 137769 |
| Invoice Date | : | 10/8/2009 |
| Total Due | : | $425.40 |

| | | |
|---|---|---|
| Job No. | : | 56113 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-00756 |
| Case Name | : | Frances Spurlock & Jeffrey Spurlock v. David Fox |

Remit To:  **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

EXHIBIT B

c/Hetscanned

OK L-15066

Alli Bussell

10/15/09

Jail-Exp-Court Reporter



## Briggs & Associates
1339 Sydney Terrace
Mt. Juliet, Tennessee 37122

# Invoice

Number: **CB 3037**

Date: **October 12, 2009**

**Bill To:**

Allison Bussell, Esq.
Metropolitan Dept. of Law
222 Second Avenue, North
Suite 600
Nashville, TN 37201

**Ship To:**

| Code |
|------|
| EIN No. 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|------|-------------|----------|-------|--------|
| Depositions | Re: Spurlock, et al v.Fox, et al | | 0.00 | |
| 9-21-09 (9:30 - 4:30) | per diem | 1.00 | 245.00 | 245.00 |
| 9-22-09 (7:30 - 6:30) | per diem (11 hours) | 1.00 | 365.00 | 365.00 |
| Walter T. Searcy, III | original transcript | 87.00 | 4.00 | 348.00 |
| Won Choi | original transcript | 264.00 | 4.00 | 1,056.00 |
| Rasheedat Fetuga | original transcript | 79.00 | 4.00 | 316.00 |
| Rev. Inman Otey | original transcript | 145.00 | 4.00 | 580.00 |
| | Thank you! | | 0.00 | |

| Total | $2,910.00 |
|-------|-----------|

2009 OCT 13 PM 1:33
METRO DEPT. OF LAW

L-15066
Bussell

Pay #2,910.00

| VENDOR # | 213383 | |
|----------|--------|---|
| ACCOUNT # | 06506000. | 501212 |
| OP/OM # | | |
| BATCH # | | |
| VOUCHER # | | |

To Carrier:
10-16-09

L-15066/Spurlock

**EXHIBIT B**



**Briggs & Associates**
1339 Sydney Terrace
Mt. Juliet, TN 37122

*Ok- L-15066* *CHOe/scanned*
*Mi Bill*
*10/21/09*

# INVOICE

Number: **LW 1289**

Date: **October 15, 2009**

**Bill To:**

Kevin Klein
Metro Dept of Law
108 Metro Courthouse
Nashville, TN 37201

| PO Number | Terms | Project |
|---|---|---|
| | EIN 26-1832409 | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10-9-09 | Transcript, original, expedited, Marilyn Robinson | 134.00 | 6.00 | 804.00 |
| 10-9-09 | Per Diem, first hour | | 85.00 | 85.00 |
| 10-9-09 | additional hours | 7.00 | 35.00 | 245.00 |
| 10-9-09 | Transcript, original, Dr. Awipi | 88.00 | 4.00 | 352.00 |
| 10-6-09 | Per Diem, first hour | | 85.00 | 85.00 |
| 10-6-09 | Per Diem, additional hours | 1.00 | 35.00 | 35.00 |
| 10-6-09 | Transcript, original, Xuam Lawson | 77.00 | 4.00 | 308.00 |

**Spurlocks**
**vs**
**Metro Government**

Depo of Marilyn Robinson, taken by Jeff Farrar
Depo of Dr. Awipi taken by Libby Sanders
Depo of Xuam Lawson taken by Kevin Klein

Please make all checks payable to Briggs & Associates. Thank you!

| | Total | $1,914.00 |
|---|---|---|

*L-15066*
*Bussell*

*Pay $1,914.00*

| VENDOR # | 213383 | |
|---|---|---|
| ACCOUNT # | 06506000. | 501212 |
| OP/OM # | | |
| BATCH # | | |
| VOUCHER # | | |

*To Come 10/22/09*

*L-15066/Spurlock*

**EXHIBIT B**

000429

c/H00/scanned        L-15066        OE to TAX $883.00
                                    10/28/09  Qui Can

# Briggs & Associates

Court Reporting
1339 Sydney Terrace
Mt. Juliet, TN 37122
(615) 754-4327

2009 OCT 27  FH 4:00

METRO DEPT. OF LAW

# Invoice

Number:  **bt-699**

Date:    **October 26, 2009**

**Bill To:**

Mr. Kevin Klein
Metro Legal
P.O. Box 196300
Nashville, TN 37219

**Ship To:**

| Terms |
|---|
| Tax ID 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 10-8-09 | Re: Frances Spurlock and Jeffrey Spurlock v. David Fox, et al - per diem | | 275.00 | 275.00 |
| deposition of: | Nell Levin | | | |
| | Original transcript | 55.00 | 4.00 | 220.00 |
| deposition of: | Eric Huth | | | |
| | Original transcript | 97.00 | 4.00 | 388.00 |
| **Thank You!** | | | | |
| | | | **Total** | **$883.00** |

Pay $883.00

| | |
|---|---|
| VENDOR # | 213383 |
| ACCOUNT # | 06506000  . 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

L-15066
Klein

L-15066/Spurlock

To Came 10/29/09

EXHIBIT B



# Briggs & Associates

Court Reporting
1339 Sydney Terrace
Mt. Juliet, TN 37122
(615) 754-4327

## Invoice

Number: **TT-108**
Date: **October 26, 2009**

*(handwritten, top right)* L-15066 Schools - Self-Insured Fund 10/30/09

*(stamp)* 2009 OCT 27 PM 4:00 METRO DEPT OF LAW

**Bill To:**

Allison L. Bussell
Assistant Metropolitan Attorney
Post Office Box 196300
Nashville, TN 37219

**Style of Case**

Spurlock vs. Fox

| Tax ID # |
| --- |
| 26-1832409 |

| Date | Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- |
| 10-23-09 | Re: Frances Spurlock and Jeffrey Spurlock vs. David Fox, et al - per diem | 1.00 | 155.00 | 155.00 |
| deposition of: | William C. Rock, Ed.D | | 0.00 | |
| | Expedited transcript | 87.00 | 6.00 | 522.00 |
| | | | **Total** | **$677.00** |

Thank You for your business.

*(handwritten)* Pay $677.00

| VENDOR # | 213383 |
| --- | --- |
| ACCOUNT # | 06506000.   501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*(handwritten)* L-15066 Bussell

*(handwritten)* To Come 10/30/09

*(handwritten)* L-15066/Spurlock

**EXHIBIT B**

*[Handwritten at top:]* OK L-15066   Self-Insured-Schools c/the/scanned

*[Handwritten:]* AliBell   2009 OCT 29   10/29/09

METRO DEPT. OF LAW

# ALLIANCE
## COURT REPORTING, INC.
*Video Conferencing and Videography Center*

# Invoice

| Date |
|---|
| 10/28/2009 |

| Invoice # |
|---|
| 937780 |

183 East Main Street • Suite 1500
Rochester, NY 14604
585.546.4920 • 800.724.0836
fax: 585.546.4934
alliance@alliancecourtreporting.net

EIN No.  20-4893718

**Bill To**

Metro Legal Department
108 Metropolitan Courthouse
Nashville, TN 37219-6300
Attention:  Allison Bussell, Esq.

Expert Court Reporting since 1978

Experienced Realtime Reporters

Certified, accurate transcripts

Videography

Video Conferencing/Video Streaming

24/7 Scheduling

Complimentary conference rooms

Client Suites for confidential meetings

Wireless Internet

Copying, faxing and mail service

Prompt efficient service

Cutting-edge technology

| Control No. | Terms | Court Reporter | Ship Date | Via |
|---|---|---|---|---|
| 1092 | **Due Upon Delivery** | MR | 10/28/2009 | UPS |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 10/22/2009 | Spurlock v. Fox | | | |
| | Original and One | 179 | 5.50 | 984.50 |
| | 4-day Expedite | 179 | 1.75 | 313.25 |
| | Hourly rate after 5pm | 1.25 | 55.00 | 68.75 |
| | Exhibits | 268 | 0.50 | 134.00 |
| | Postage and Handling - Overnight | | 65.10 | 65.10 |
| | Witness:  William C. Rock | | | |

*[Handwritten:]* Pay #1,565.60

| VENDOR # | 97602 |
|---|---|
| ACCOUNT # | 06506000.  501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*[Handwritten:]* L-15066   Bussell

*[Handwritten:]* To Carrier 10/30/09   L-15066/Spurlock

| Total | $1,565.60 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,565.60 |

------------------------------------------------

*Please detach and send with payment*

EIN No.  20-4893718

| Invoice # | 937780 |
|---|---|

Metro Legal Department
108 Metropolitan Courthouse
Nashville, TN 37219-6300
Attention:  Allison Bussell, Esq.

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | $1,565.60 |

Please make checks payable to:  Alliance Court Reporting, Inc.
We accept check, money order, VISA and MasterCard.  Thank you.



www.alliancecourtreporting.net

EXHIBIT B

*L-15066* — ok to pay [handwritten, signature] 10/29/09

# Briggs & Associates
1339 Sydney Terrace
Mt. Juliet, Tennessee 37122

# Invoice

Number: **CB 3039**

Date: **October 28, 2009**

**Bill To:**

Keli J. Oliver, Esq.
Metropolitan Department of Law
222 Second Avenue, North
Suite 600
Nashville, TN 37201

**Ship To:**

### Code

EIN No. 26-1832409

| Date | Description | Quantity | Price | Amount |
|------|-------------|----------|-------|--------|
| 10-22-09 | Re: Spurlock, et al v.Fox, et al | | 0.00 | |
| Deposition | expedited original transcript | 151.00 | 5.50 | 830.50 |
| Dr. Morton-Young | per diem | 1.00 | 115.00 | 115.00 |
| Expert Testimony | Thank you! | | 0.00 | |

| | | |
|---|---|---|
| **Total** | | **$945.50** |

Pay $945.<u>50</u>

| | |
|---|---|
| VENDOR # | 213383 |
| ACCOUNT # | 06506000. 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

L-15066
Oliver

Jo Carver
10/30/09

L-15066/Spurlock

**EXHIBIT B**



**Briggs & Associates**
1339 Sydney Terrace
Mt. Juliet, TN 37122

*c/toc/scanned*

# INVOICE

Number: **LW 1295**

Date: **October 30, 2009**

2009 OCT 30 PM 4:36

METRO DEPT. OF LAW

**Bill To:**

Jeff Farrar
222 Second Ave North
Sixth Floor
Nashville, TN 37210

| PO Number | Terms | Project |
|-----------|-------|---------|
| | EIN 26-1832409 | |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 10-29-09 | Per Diem, first hour, expert | | | 100.00 |
| | additional hours | 2.00 | 35.00 | 70.00 |
| | Transcript, original, overnight, expert | 92.00 | 10.00 | 920.00 |

**Deposition of Doctor John Egerton**

**Spurlocks**
**vs**
**Metro Board of Education**

**Please make all checks payable to Briggs & Associates. Thank you!**

| | Total | **$1,090.00** |
|--|-------|---------------|

L-150606
ok to pay
James Farrer
11/2/09

Pay $1,090.00

L-150606
Farrar

| VENDOR # | 213383 | |
|----------|--------|--|
| ACCOUNT # | 00506000 . 501212 | |
| OP/OM # | | |
| BATCH # | | |
| VOUCHER # | | |

Jo Carver
11/4/09

L-150606/Spurlock

# EXHIBIT B

# INVOICE

## V O W E L L
### AND
## J E N N I N G S

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 138270 | 10/30/2009 | 56113 |

| Job Date | Case No. |
|---|---|
| 9/15/2009 | 3:09-CV-00756 |

| Case Name |
|---|
| Frances Spurlock & Jeffrey Spurlock v. David Fox |

| Payment Terms |
|---|
| Due upon receipt |

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Jo Ann Brannon | 35.00 Pages | @ | 3.95 | 138.25 |
| 2-3 Day Expedite | | | | 103.60 |
| FedEx Ground | | | 10.00 | 10.00 |
| Services Package | | | 40.00 | 40.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Gracie Porter | 40.00 Pages | @ | 3.95 | 158.00 |
| Next Day Expedite | | | | 158.00 |
| Handling | | | 7.50 | 7.50 |
| | | TOTAL DUE >>> | | $615.35 |

Thank you for your business!  We now accept major credit cards for your convenience.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $615.35 |

**Tax ID:** 62-1115311

Phone: 615-862-6341   Fax:615-862-6352

*Please detach bottom portion and return with payment.*

Kevin Klein
Metro Legal Department
Metropolitan Courthouse
1 Public Square Suite 108
Nashville, TN 37219

*handwritten:* Pay $615.35

| | |
|---|---|
| VENDOR # | 21596 |
| ACCOUNT # | 06506000. 501212 |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*handwritten:* L-15066
Bussell

*handwritten:* To Carver 11-6-09

*handwritten:* L-15066/Spurlock

| | | |
|---|---|---|
| Invoice No. | : | 138270 |
| Invoice Date | : | 10/30/2009 |
| Total Due | : | $615.35 |

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 56113 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-00756 |
| Case Name | : | Frances Spurlock & Jeffrey Spurlock v. David Fox |

EXHIBIT B

*Ok L-150066*
*AliBilk*
*11/10/09*
*2009 NOV 10 AM 11: 47*
*METRO DEPT. OF LAW*

# INVOICE

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
Phone:501-372-5115   Fax:501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110112 | 11/3/2009 | 56429 |
| Job Date | | Case No. |
| 10/23/2009 | 309CV00756 | |

| Case Name |
|---|
| Frances Spurlock & Jeffrey Spurlock, et al v. David Fox, et al |

| Payment Terms |
|---|
| Due upon receipt |

Kevin Klein
Metropolitan Department of Law
222 Second Avenue North
Washington Square Building, Sixth Floor
Nashville, TN 37201

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Leslie Zorwick, M. D. | *174 pg x 5.50* | | | 968.00 |
| Appearance Fee (Hourly) | 6.00 Hours | @ | 20.00 | 120.00 |
| E-transcript | | | 35.00 | 35.00 |
| Postage | | | 7.10 | 7.10 |
| | | TOTAL DUE >>> | | **$1,130.10** |

Thank you.  We appreciate your business.

*Pay: 1,130.10*

| | |
|---|---|
| VENDOR # | *219516* |
| ACCOUNT # | *06506000* |
| OP/OM # | *501212* |
| BATCH # | |
| VOUCHER # | |

*L-150066*
*pay $1130.10*
*11-11-09 gms*

*L-150066/Spurlock*

Tax ID: 71-0687373                                          Phone: 615-862-6341   Fax:

*Please detach bottom portion and return with payment.*

Kevin Klein
Metropolitan Department of Law
222 Second Avenue North
Washington Square Building, Sixth Floor
Nashville, TN 37201

| | | |
|---|---|---|
| Invoice No. | : | 110112 |
| Invoice Date | : | 11/3/2009 |
| **Total Due** | : | **$ 1,130.10** |

| | | |
|---|---|---|
| Job No. | : | 56429 |
| BU ID | : | 1-MAIN |
| Case No. | : | 309CV00756 |
| Case Name | : | Frances Spurlock & Jeffrey Spurlock, et al v. David Fox, et al |

Remit To: **BUSHMAN COURT REPORTING**
**620 W. Third Street**
**P.O. Box 2734**
**LITTLE ROCK, AR 72203-2734**

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

DEC -6  AM 8:52

| TRANSCRIPTS INVOICE | NUMBER   09-492 |
|---|---|

**TO:**

Kevin C. Klein
Metropolitan Legal Department
P.O. Box 196300
Nashville, Tennessee 37219

Phone:  615.862.6341

**MAKE CHECK PAYABLE TO:**

Dorothy Stiles, RMR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE:  (615) 330-1764

| CRIMINAL _____ | CIVIL __X__ | DATE ORDERED 12/1/09 | DATE DELIVERED 12/11/09 - 12/30/09 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
SPURLOCK vs. FOX    3:09-CV-0756                    Volumes 5 through 7

FOR PROCEEDINGS ON (Date):
11/10/09 11/12/09 11/13/09          Delivered Electronically to Kevin Klein & Allison Bussell    (Confirmation Received.)

|  | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | 564 | 3.65 | 2058.60 |  |  |  |  |  |  | $2,058.60 |
| 14 Day |  |  |  |  |  |  |  |  |  |  |
| 7 Day |  |  |  |  |  |  |  |  |  |  |
| ROUGH DRAFT |  |  |  |  |  |  |  |  |  |  |

Pay: 2,058.60

L-15066/
Spurlock

| VENDOR # 721559 |
|---|
| ACCOUNT # 06316000 |
| OP/OM # 501212 |
| BATCH # |
| VOUCHER # |

G15 Klein
Pay $2,058.60
11/10/09/s

| TOTAL | $2,058.60 |
|---|---|
| TOTAL AMOUNT DUE | $2,058.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and

**CERTIFICATION**

SIGNATURE OF OFFICIAL COURT REPORTER
DOROTHY STILES                    DATE  12/30/09

Distribution:  TO PARTY (2 copies - 1 to return with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

# EXHIBIT B

*handwritten:* L-15066  12/7/09
*signature* OK to PAY $2405.35
FOR TRANSCRIPT.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER    09-487 |
|---|---|

**TO:**

Kevin C. Klein
Metropolitan Legal Department
P.O. Box 196300
Nashville, Tennessee 37219

Phone:  615.862.6341

*stamp:* METRO DEPT. OF LAW
2009 DEC -7 PM 12: 52

**MAKE CHECK PAYABLE TO:**

Dorothy Stiles, RMR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE:  (615) 330-1764

*handwritten:* Tax ID# 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

| CRIMINAL | CIVIL X | DATE ORDERED 11/13/09 | DATE DELIVERED 11/30/09 - 12/4/09 *Dete* |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
SPURLOCK vs. FOX      3:09-CV-0756            Volumes 1 through 4

FOR PROCEEDINGS ON (Date):
11/3/09  11/4/09  11/5/09  11/9/09      Delivered Electronically to Kevin Klein & Allison Bussell    (Confirmation Received.)

| | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | 659 | 3.65 | 2405.35 | | | | | | | $2,405.35 |
| 14 Day | | | | | | | | | | |
| 7 Day | | | | | | | | | | |
| ROUGH DRAFT | | | | | | | | | | $2,405.35 |

| VENDOR # | 721559 | | | TOTAL | $2,405.35 |
|---|---|---|---|---|---|
| ACCOUNT # | 0000000 | | *L15066 |Spurlock* | | |
| OP/OM # | 50202 | | *Pay $2405.35* | | |
| BATCH # | | | *12-70-05* | | |
| VOUCHER # | | | | TOTAL AMOUNT DUE | $2,405.35 |

*handwritten:* Pay $2405.35

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                    DATE  12/4/09
DOROTHY STILES

COURT REPORTER          COURT REPORTER SUPERVISOR

Distribution: TO PARTY (2 copies - 1 to return with payment)

EXHIBIT B

AO 44 (Rev. 03/08)

# UNITED STATES DISTRICT COURT
### for the
Middle Dist. of T.N

## INVOICE

2010 FEB 12 P 12:46
METRO DEPT. OF LAW

NUMBER  Inv#  3-09-0756

TO: Ms. Allison Bussell
Metro Legal Dept
PO Box 196300
PHONE: Nashville, TN 37219
FAX: _____

MAKE CHECK PAYABLE TO:
Charlotte H. Sloan
Official Ct. Reporter
837-A U.S. Courthouse
PHONE: Nashville, TN 37203
726-0355

### TRANSCRIPTS

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL | ☑ CIVIL | 1-28-09 | 1/19, 20, 28 + 29; 2010 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Spurlock v. Fox    Date: 2-12-10

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 585 | 3.65 | 2135.25 | 585 | .90 | 526.50 | | | | 2661.75 |
| 14-Day | (Original + copy split between parties | | | | | | | | | |
| Expedited | Defendants' half of cost) | | | | | | | | | 1330.87 |
| Daily | | | | | | | | | | |
| Hourly | Volume A - 66 pgs X .90 = 59.40 | | | | | | | | | 59.40 |
| Realtime | | | | | | | | | | |

For proceedings on (Date):    TOTAL  1390.27

| 11-16-09 | | LESS DISCOUNT FOR LATE DELIVERY | |
| 11-17-09 | 11-19-09 - Vol. A | LESS TAX (If Applicable) | |
| 11-18-09 | Pay # 1,390.27 | | |
| 11-19-09 | L-15066 | LESS AMOUNT OF DEPOSIT | |
| 11-20-09 | Bussell | | |

| VENDOR # | 121 5158 | |
| ACCOUNT # | 06506000 | 501212 TOTAL REFUNDED |
| OP/OM # | | |
| BATCH # | | TOTAL DUE  1390.27 |
| VOUCHER # | | |

#### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

L-15066/Spurlock

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| Charlotte Sloan | 2-10-10 |

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

## EXHIBIT B

*handwritten top:* OK TO PAY $24.25 FOR TRANSCRIPT IN L-15066. 11/30/10 _[signature]_ (KLEIN) L-15066

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER    10-563    Inv# |
|---|---|

**TO:**
Kevin C. Klein
Attorney at Law
Metropolitan Department of Law
P.O. Box 196300
Nashville, Tennessee 37219

PHONE: 615.862.6341

**MAKE CHECK PAYABLE TO:**

Dorothy Stiles, RMR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE: (615) 330-1764

| CRIMINAL | CIVIL  X | DATE ORDERED  11/18/10 | DATE DELIVERED  11/12/10 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox   3:09-CV-0756

FOR PROCEEDINGS ON (Date):
10/27/10          Delivered Electronically to  Nathan.Connelly@nashville.gov          (Confirmation Received.)

|  | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Day |  |  |  |  |  |  |  |  |  |  |
| 7 Day | 5 | 4.85 | 24.25 |  |  |  |  |  |  | $24.25 |
|  |  |  |  |  |  |  |  |  |  |  |
| ROUGH DRAFTS |  |  |  |  |  |  |  |  |  |  |

*handwritten:* Pay $24.25

*handwritten left:* L-15066 / Klein

To Carver: 12/1/10

| VENDOR # | 721559 |
|---|---|
| ACCOUNT # | 06506 000    501212 |
| OP/OM # |  |
| BATCH # |  |
| VOUCHER # |  |

| TOTAL | $24.25 |
|---|---|
| TOTAL AMOUNT DUE | $24.25 |

1

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER          DATE  11/22/10
DOROTHY STILES

|  | COURT REPORTER | COURT REPORTER SUPERVISOR |
|---|---|---|

Distribution:  TO PARTY (2 copies - 1 to return with payment)

*handwritten:* L-15066 / Spurlock

# EXHIBIT B

OK TO PAY
$114.95 FOR
TRANSCRIPT
2/4/11 [signature] (KLEIN)

L-15066
Scanned

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER 1552 |
|---|---|

2011 JAN 27 AM 11:01

OF NASHVILLE
& DAVIDSON CO

**TO:**
Mr. Kevin Klein
Metro Legal Department
P. O. Box 196300
Nashville, TN 37219

METRO DEPT. OF LAW

PHONE: (615) 862-6380 Nathan Connelly

**MAKE CHECK PAYABLE TO:**

Cathy B. Leigh, RDR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE: (615) 726-8697
SSN: 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

| CRIMINAL __ | CIVIL X | DATE ORDERED 1/23/11 | DATE DELIVERED 1/24/11 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock v. Fox, No. 3:09-756

FOR PROCEEDINGS ON (Date):
1/20/11 status conference transcript by e-mail to Nathan.Connelly@nashville.gov, Kevin.Klein@nashville.gov

| | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE | PRICE @ | SUB TOTAL | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | | $3.65 | | | $ .90 | | | $ .60 | | |
| 14-Day | | $4.25 | | | $ .90 | | | $ .60 | | |
| Expedited | | $4.85 | | | $ .90 | | | $ .60 | | |
| Daily | 19 | $6.05 | 114.95 | | $1.20 | | | $ .90 | | $114.95 |
| Hourly | | $7.25 | | | $1.20 | | | $ .90 | | |
| Realtime | | $3.05 | | | $1.20 | | | | | |

PAY $114.95      L-15066/Spurlock

L-15066 Klein

| VENDOR # | 229228 |
|---|---|
| ACCOUNT # | 0650600, |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

501262

TO GARVEY
2/7/11

| TOTAL | $114.95 |
|---|---|
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | |
| YOUR ½ TOTAL DUE | $114.95 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s Cathy B. Leigh | DATE 1-26-11 |
|---|---|

Distribution: TO PARTY (2 copies - 1 to return with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

EXHIBIT B

*OK TO PAY $48.50.  L-15066*
*scandals*

*L-15066  [signature]  3/16/11*

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

*(KLEIN)*

| INVOICE | NUMBER |
|---|---|
| | 3-09-756  *Draft* |

**TO:**  MR. KEVIN KLEIN
METROPOLITAN LEGAL DEPARTMENT
P. O. BOX 196300
NASHVILLE, TENNESSEE  37219

PHONE: _____

FAX: _____

**MAKE CHECK PAYABLE TO:**

CHARLOTTE H. SLOAN
837-A U. S. Courthouse
Nashville, Tennessee  37203

PHONE:  (615) 726-0355

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED  01/31/2011 | DATE DELIVERED  02/06/2011 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
SPURLOCK V. FOX

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | 10 | 4.85 | 48.50 | | | 0.00 | | | 0.00 | 48.50 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | | TOTAL | 48.50 |
|---|---|---|---|
| JANUARY 27, 2011 | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | AMOUNT DUE (OR REFUND) | | 48.50 *Due* |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| Charlotte Sloan  *Digitally signed by Charlotte Sloan DN: cn=Charlotte Sloan, o=Federal Judiciary, ou=U.S. Government, c=US Date: 2011.03.08 14:44:40 -06'00'* | 03/08/2011 |

**DISTRIBUTION:**  TO PARTY (2 copies) *(Use to return with payment)*   COURT REPORTER   COURT REPORTER SUPERVISOR

*Pay $48.50*

*L-15066 Klein*

| VENDOR # | 215158 |
|---|---|
| ACCOUNT # | 06506000. |
| OP/OM # | |
| BATCH # | |
| VOUCHER # | |

*501212*

*L-15066/Spurlock*

*To cover: 3/16/11*

# EXHIBIT B

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

## INVOICE

NUMBER
3-09-756

| TO: | |
|---|---|
| MR. KEVIN KLEIN | **MAKE CHECK PAYABLE TO:** |
| METROPOLITAN LEGAL DEPARTMENT | |
| P. O. BOX 196300 | CHARLOTTE H. SLOAN |
| NASHVILLE, TENNESSEE 37219 | 837-A U. S. Courthouse |
| | Nashville, Tennessee 37203 |
| PHONE: | |
| | PHONE: (615) 726-0355 |
| FAX: | |

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 01/13/2011 | DATE DELIVERED 01/19/2011 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
SPURLOCK V. FOX

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | 14 | 4.85 | 67.90 | | | 0.00 | | | 0.00 | 67.90 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | | TOTAL | 67.90 |
|---|---|---|---|
| JANUARY 13, 2011 | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | AMOUNT DUE (OR REFUND) | | 67.90 |  *Paid*

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| Charlotte Sloan  Digitally signed by Charlotte Sloan  DN: cn=Charlotte Sloan, o=Federal Judiciary, e=US Government, c=US  Date: 2011.09.28 14:44:40 -06'00' | 03/08/2011 |

Pay $67.90

| DISTRIBUTION: | TO PARTY (2 copies - 1 to be returned with payment) | COURT REPORTER | COURT REPORTER SUPERVISOR |
|---|---|---|---|

L-15066
KLEIN

TO Carver:
3/17/11

| VENDOR # | 215158 | |
|---|---|---|
| ACCOUNT # | 0650600. | 501212 |
| OP/OM # | | |
| BATCH # | | L-15066/Spurlock |
| VOUCHER # | | |

**EXHIBIT B**

L-15066/ Klein/schools def
Insured/Budget

L-15066   GL TO PAY $912.00
FOR CT REPORTER

(KLEIN)

12-22-11

# Briggs & Associates

1339 Sydney Terrace
Mt. Juliet, Tennessee 37122
615/482-0037
fax: 615/754-4369

# Invoice

| | |
|---|---|
| Number: | **CB 1260** |
| Date: | **December 20, 2011** |

**Bill To:**

Kevin C. Klein, Esquire
Assistant Metropolitan Attorney
108 Metropolitan Courthouse
Nashville, TN 37201

**Ship To:**

| Code |
|---|
| EIN No. 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 12/9/11 | Re: Spurlock, et al v.Fox, et al | | 0.00 | |
| deposition of: | per diem (ful day) | 1.00 | 200.00 | 200.00 |
| Dr. Charles Willie | original transcript | 178.00 | 4.00 | 712.00 |
| | Thank you! | | 0.00 | |
| | | | **Total** | **$912.00** |

PAY: 912.00

| | |
|---|---|
| **VENDOR #** | 213383 |
| **ACCOUNT #** | 06506000 |
| **OP/OM #** | 501212 |
| **BATCH #** | |
| **VOUCHER #** | |

L-15066/Spurlock

EXHIBIT B

okay to pay
Alb Bussell
04/16/12
Feb3  ☒ Schools-Self Insured-
Eye Court Reporter
L-15066

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER 12-821 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| Kevin C. Klein<br>Metropolitan Legal Department<br>P.O. Box 196300<br>Nashville, Tennessee 37219<br><br>Phone: 615.862.6341 | Dorothy Stiles, RMR, CRR<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: 615.330.1764 |

| CRIMINAL | CIVIL __X__ | DATE ORDERED 4/13/12 | DATE DELIVERED 4/16/12 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox   3:09-CV-0756          Delivered Electronically to Kevin Klein

FOR PROCEEDINGS ON (Date):
4/12/12          PRETRIAL CONFERENCE

|  | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Day |  |  |  |  |  |  |  |  |  |  |
| 7 Day | 53 | 4.85 | 257.05 |  |  |  |  |  |  | $257.05 |
| Daily |  |  |  |  |  |  |  |  |  |  |
| Realtime | L-15066 |  |  |  |  |  |  |  |  |  |

Day $257.05   143 S/S

| VENDOR # | 721559 |
| ACCOUNT # | 06606000 |
| C/FROM # | 501212 |
| BATCH # |  |
| VOUCHER # |  |

L-15066/
Spurlock
approved by A. Bussell

| TOTAL | $257.05 |
|---|---|
|  |  |
|  |  |
| TOTAL AMOUNT DUE | $257.05 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE 4/16/12 |
|---|---|

/s/ DOROTHY STILES

Distribution:  TO PARTY (2 copies - 1 to return with payment)          COURT REPORTER          COURT REPORTER SUPERVISOR

**EXHIBIT B**

L-15066 / Spurlock
OK to pay $698.55 for CT Reporter
_(handwritten signature)_ (Klein) 6-6-12

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER    12-827 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| **Kevin C. Klein**<br>**Metropolitan Legal Department**<br>**P.O. Box 196300**<br>**Nashville, Tennessee 37219**<br><br>Phone: 615.862.6341 | Dorothy Stiles, RMR, CRR<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: 615.330.1764 |

| CRIMINAL \_\_\_\_\_ CIVIL \_\_X\_\_\_ | DATE ORDERED<br>5/4/12  and  5/10/12 | DATE DELIVERED<br>5/6/12 and 5/11/12 |
|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox   3:09-CV-0756          Delivered Electronically to Kevin Klein

FOR PROCEEDINGS ON (Date):
5/4/12   Testimony of Christopher Weber   5/10/12  Testimony of Milan Mueller

|  | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE<br>@ | SUB<br>TOTAL | PAGES | PRICE<br>@ | SUB<br>TOTAL | PAGES | PRICE<br>@ | SUB<br>TOTAL | |
| Ordinary | | | | | | | | | | |
| 14 Day | | | | | | | | | | |
| 7 Day | | | | | | | | | | |
| **Rough Draft** | 123 | 3.05 | 375.15 | | | | | | | $375.15 |
| **Rough Draft** | 154 | 2.10 | 323.40 | | | | | | | $323.40 |

$3.05 per page when one side orders
$2.10 per page when both sides order

| | TOTAL | $698.55 |
|---|---|---|
| | | |
| | | |
| | **TOTAL AMOUNT DUE** | **$698.55** |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                    DATE      5/11/12
                       /s/ DOROTHY STILES

Distribution:  TO PARTY (2 copies - 1 to return with payment)          COURT REPORTER          COURT REPORTER SUPERVISOR

$ PAY 698.55

| VENDOR # | 721559 |
|---|---|
| ACCOUNT # | 065060000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15066

OK to pay
$698.55 _(handwritten signature)_

L-15066 / Spurlock

**EXHIBIT B**

L-15066        OK TO PAY $2,536.37 FOR TRANSCRIPTS
               OF TRIAL IN SPURLOCK.
                                    *illegible* (KLEIN)
                                    8/18/12

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER 12-829 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| **Kevin C. Klein**<br>**Metropolitan Legal Department**<br>**P.O. Box 196300**<br>**Nashville, Tennessee 37219**<br><br>Phone: 615.862.6341 | Dorothy Stiles, RMR, CRR<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: 615.330.1764 |

| CRIMINAL _____ CIVIL __X__ | DATE ORDERED 5/1 – 5/4/12 | DATE DELIVERED 5/1 & 5/15/12 |
|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox  3:09-CV-0756                    Delivered Electronically to Kevin Klein

FOR PROCEEDINGS ON (Date):
5/1/12 – 5/4/12  TRIAL – WEEK 1    VOLUMES 14, 15, 16, 17

|  | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Day | 985 | 4.25 | 4186.25 | 985 | .90 | 886.50 |  |  |  | $5,072.75 |
| 7 Day |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |

| | |
|---|---|
| **TOTAL** | $5,072.75 |
| **ONE-HALF EACH SIDE** | $2,536.37 |
| **TOTAL AMOUNT DUE** | **$2,536.37** |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE | 5/15/12 |
|---|---|---|
| /s/ DOROTHY STILES | | |

Distribution:  TO PARTY (2 copies - 1 to return with payment)        COURT REPORTER        COURT REPORTER SUPERVISOR

PAY $2,536.37

L-15066

| VENDOR # | 721559 |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

OK to pay
$2,536.37
*illegible*
5/23/1

L-15066/Spurlock

EXHIBIT B

*OL TO PAY $2,240.²⁵ FOR CT LENGTH FEE IN SURCEL,* [signature] 6/6/12

L-15066
SAVRB

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| **TRANSCRIPTS INVOICE** | **NUMBER** 12-831 |
|---|---|

**TO:**

Kevin C. Klein
**Metropolitan Legal Department**
P.O. Box 196300
Nashville, Tennessee 37219

Phone: 615.862.6341

**MAKE CHECK PAYABLE TO:**

Dorothy Stiles, RMR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE: 615.330.1764

| CRIMINAL | CIVIL __X__ | DATE ORDERED 5/7 – 5/10/12 | DATE DELIVERED 5/11 & 5/23/12 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox   3:09-CV-0756            Delivered Electronically to Kevin Klein

FOR PROCEEDINGS ON (Date):
5/7/12 – 5/0/12   TRIAL – WEEK 2        VOLUMES 18, 19, 20, 21

|  | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Day | 870 | 4.25 | 3697.50 | 870 | .90 | 783.00 |  |  |  | $4,480.50 |
| 7 Day |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |

| **TOTAL** | **$4,480.50** |
|---|---|
| **ONE-HALF EACH SIDE** | **$2,240.25** |
| **TOTAL AMOUNT DUE** | **$2,240.25** |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                    DATE    5/23/12
/s/ DOROTHY STILES

Distribution: TO PARTY (2 copies ) to return with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR

PAY $2,240.25

L-15066

| VENDOR # |  |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # |  |
| VOUCHER # |  |



*OL to pay ²⁵ $2,240 Check* [signature] 6/6/12

EXHIBIT B

*OL TO PAY "$1568" for court*
*reporter fee in Spurlock. [signature] (Klein)*
*6/6/12*

*L-15066*
*SAUCO*
*SCHOOLS*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER 12-833 |
|---|---|

| TO: | MAKE CHECK PAYABLE TO: |
|---|---|
| **Kevin C. Klein**<br>**Metropolitan Legal Department**<br>**P.O. Box 196300**<br>**Nashville, Tennessee 37219**<br><br>Phone: 615.862.6341 | Dorothy Stiles, RMR, CRR<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: 615.330.1764 |

| CRIMINAL | CIVIL ___X___ | DATE ORDERED 5/14/12 – 5/16/12 | DATE DELIVERED 5/28/12 & 5/29/12 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Spurlock vs. Fox   3:09-CV-0756                    Delivered Electronically to Kevin Klein

FOR PROCEEDINGS ON (Date):
5/14/12 – 5/16/12   TRIAL – WEEK 3          VOLUMES 22, 23, 24

|  | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Day | 609 | 4.25 | 2588.25 | 609 | .90 | 548.10 |  |  |  | $3,136.35 |
| 7 Day |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |
| **Rough Draft** |  |  |  |  |  |  |  |  |  |  |

| TOTAL | $3,136.35 |
|---|---|
| **ONE-HALF EACH SIDE** | $1,568.17 |
| **TOTAL AMOUNT DUE** | **$1,568.17** |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                    DATE        5/29/12
                                    /s/ DOROTHY STILES

Distribution: TO PARTY (2 copies - 1 to return with payment)    COURT REPORTER        COURT REPORTER SUPERVISOR

*PAY $1,568.17*

| VENDOR # |  |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # |  |
| VOUCHER # |  |

*L-15066*

*OK to pay $1,568.¹² Je Charle*

**EXHIBIT B**

*OL To PAY $616.00 FOR EXPEDITED TRANSCRIPT*
*IN SPURLOCK.*

C-15066

L-15066
Schools

S.S.# 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

*(signature)* (ECKIN)

7-2-12

PAM BILLINGSLEY
COURT REPORTER
4006 SAM'S CREEK ROAD
PEGRAM, TENNESSEE 37143
(615) 715-9694

2012 JUN -5 PM 2: 51
METRO DEPT. OF LAW

TO: Mr. Kevin Klein, Atty.

DATE: 6/2/12

DEP. DATE: 4/25/12

COURT DATE:

STYLE CASE:    Spurlocks, et. al. v. Fox, et. al.

Dep. of Brian Heuser

PER DIEM:                              $100.00

TRANSCRIPT:   org, expedited rate        $516.00

EXHIBITS:

POSTAGE:

SECOND BILLING.

TOTAL DUE:          UPON RECEIPT          $616.00

PAY $616.00

THANK YOU

| VENDOR # | 218906 |
|----------|--------|
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15066

OK to $
$616

7/4/12

L-15066/Spurlock

**EXHIBIT B**