

**Document Efficiency At Work.®**

IKON
222 3rd Ave North
Nashville, TN 37201
Phone 615- 244-3607
metroprint@ikon.com

OK TO PAY L-15066

# INVOICE

No. **3494**

Date 10/12/2009

Customer P.O. No.
L-15066

SOLD TO:
Metro Legal Dept
Metro Legal Dept
222 2nd Ave Washington Square
6th Floor
Nashville TN 37219

| Qty | Description | Amount |
|---|---|---|
| 245 | Color Copies for Legal Dept. Nathan Conley - Qty 245 pages, copied on 1 side | 23.28 |

Account Type: Charge Account

Ship Via: Deliver
Wanted:
Color Copies

| | |
|---|---|
| SUB | 23.28 |
| TAX | |
| SHIPPING | |
| TOTAL | 23.28 |

RECEIVED 2009 OCT 13 AM 8:23 DIV. OF ACCTS

Pay: 23.28

| VENDOR # | 5403107 |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 502701 |
| BATCH # | |
| VOUCHER # | |

L15066
pay $23.28
12-9-09

L-15066/Spurlock

2009 OCT 29 AM 10:02 METRO DEPT. OF LAW

Per Kevin:
Delayed in submitting for payment due to working on Spurlock case.
12-15-09

**EXHIBIT D**

*ok to pay L-15066* *Alí Bussell*

**INVOICE**

Ikon Office Solutions
A Ricoh Company
222 3rd Avenue North
Nashville, TN 37201
Phone 615-244-3607

No. **6547** 08/09/12

Date 5/3/2012

**SOLD TO**
Alison Bussell
Legal Department
222 2nd Avenue North
Nashville TN 37201
Phone: 615-497-5459

Customer P.O. No.
BU# 06506000

| | | |
|---|---|---:|
| 4 | Copies of Legal Docs on 20# B&W pages 713 and Color pages 227 Qty 4 copies of each with color slip sheets between.<br>Ordered by Alison Bussell, copied on 1 side | 69.00 |

| Account Type: Charge Account | Ship Via: Deliver<br>Wanted:<br>Copies of Legal Docs | **SUB** | 69.00 |
|---|---|---|---|
| | | **TAX** | |
| | | **SHIPPING** | |
| | | **TOTAL** | 69.00 |

PAY $69.00

| VENDOR # | 540307 |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 502701 |
| BATCH # | |
| VOUCHER # | |

L-15066

L-15066/Spurlock



**EXHIBIT D**