UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FRANCES SPURLOCK,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **No. 3:09-00756** |
| v. ) | **Judge Sharp** |
| ) | |
| **METROPOLITAN GOVERNMENT OF** ) | |
| **NASHVILLE AND DAVIDSON** ) | |
| **COUNTY,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' request for costs as set forth in their Bill of Costs (Docket No. 355) is hereby DENIED, rendering Plaintiffs' objections (Docket No. 356) thereto MOOT. Each party shall bear their own costs in this Court.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE